UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JACOB HASTINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00230-MPB-KMB |
| | ) | |
| JOHN MERSHON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Dated:  January 10, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JACOB HASTINGS
316 North Leavitt Street
Brazil, IN 47834

Robert C. Brandt
RILEY BENNETT EGLOFF LLP
rbrandt@rbelaw.com

Jaclyn Michelle Flint
RILEY BENNETT EGLOFF LLP
jflint@rbelaw.com